# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

ANTHONY G. BELL,

                Plaintiff,

  -against-                                              21 **CIVIL** 2792 (LTS)

                                                                   **JUDGMENT**

THE CITY OF NEW YORK AND PRAXIS
HOUSING INITIATIVES, INC.,

                Defendants.

-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 25, 2023 and Order dated December 08, 2023, Plaintiff's first amended complaint is dismissed with prejudice as against the City of New York, and dismissed without prejudice as against Praxis Housing Initiatives, Inc.; accordingly, the case is closed.

**Dated:**  New York, New York

      December 8, 2023

                                                               **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                               **BY:**

                                                                 **Deputy Clerk**